DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIA SANCHEZ,**
Appellant,

v.

**GAGANA, LLC.,**
Appellee.

No. 4D21-2684

[March 10, 2022]

Appeal nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Corey Amanda Cawthon, Judge; L.T. Case No. COSO-21-007767.

Liz Vargas, Hollywood, for appellant.

Robin F. Hazel of Hazel Law, P.A., Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and DAMOORGIAN, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***